UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ASSA ABLOY SALES & MKTG GROUP, INC.,
    *Plaintiffs*,

v.

Task FCZ,
    *Defendant*.

No. 3:15-cv-00656 (JAM)

## JUDGMENT

This matter came for consideration on a bench trial before the Honorable Jeffrey Alker Meyer, United States District Judge. The Court issued a memorandum of decision on February 2, 2018, in favor of the plaintiff, Assa Abloy Sales & Mktg Group, Inc, against the defendant, Task FCZ , in the amount of $1,146,489.55 in compensatory damages and $2,292,979.10 in punitive damages, as well as an award of attorney's fees and costs, yet to be determined. Plaintiff shall submit an application for reasonable attorney's fees and costs within 30 days of the entry of judgment.

The defendant is further ORDERED to return the USB drive to plaintiff, and to destroy any and all copies of the information obtained from the drive, and ENJOINED from making any use of that information henceforth. Therefore, it is hereby:

ORDERED, ADJUDGED, and DECREED that judgment in favor of the plaintiff against the defendant in the amount of $1,146,489.55 in compensatory damages, $2,292,979.10 in punitive damages, attorney's fees and costs not yet determined, and the case is closed.

EOD: 2/7/18

Dated at New Haven, Connecticut this 7th day of February 2018.

                                             ROBIN D. TABORA, Clerk

                                             By <u>/s/ Yelena Gutierrez</u>
                                             Yelena Gutierrez
                                             Deputy Clerk